May 16, 2014

U.S. District Court

Eastern Court

500 Poydras Street

New Orleans, LA. 70130

Wayne Fifi  #413534

Nelson Coleman Center

5061 Highway 3127

Killona, LA. 70057

TENDERED FOR FILING

Claims

MAY 1 9 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Inaffective Assistant Of Counsel

Breach Of Contract

Malpractice

Fraud

14-1165

SECT.N MAG2

1

# DEMAND FOR PAYMENT
# CLAIMS IN SUPPORT

CLAIAMANT(S):     Mary Ann Brown          Wayne Fifi
                  1729 Joliet Street      River Bend Detection Center
                  New Orleans, LA 70118   9450 Highway 65 South
                                          Lake Providence, LA 71254

TO:               Martin Regan Jr. & Associates
                  2125 St. Charles Avenue
                  New Orleans, Louisiana 70130          TENDERED FOR FILING

                                                         MAY 1 9 2014

## STATEMENT OF FACTS
                                                    U.S. DISTRICT COURT
                          1.                       Eastern District of Louisiana
                                                       Deputy Clerk

On the 11th day of May 2011, the claimant, Mary Ann Brown, for and on behalf of Wayne Fifi
entered into a contract for professional legal services (See Exhibit A). According to the terms of
the May 2011 agreement, for the total sum of $6,500.00 the Law Firm of Martin E. Regan and
Associates, Martin E. Regan, Esquire agreed to file writ's to the Appellate Court of Louisiana,
Fifth Circuit Court of Appeals and the Louisiana Supreme Court.

                          2.

The services were to be performed based on the criminal allegations lodge against the claimant,
Wayne Fifi in the 24th Judicial District Court, Parish of Jefferson in case number 07-04153 "K". In
accordance with the plea agreement made, in that matter on 07-04153, on the 19th day of
April 2011, the defendant would preserve his right to appeal under the plea of State v. Crosby.
Martin E. Regan and Associates were retained to preserve those right to contest the legality of
the delay in bring forth the criminal charges which was litigated in the District Court through
length hearings to quash the Bill of Information. (Exhibit B)

                          3.

On July 19, 2011 Martin E. Regan requested Mary A. Brown pay the sum of $2969.00, and for to
obtain the record in proper person, on behalf of Wayne Fifi as Martin Regan, Jr. did not file an
appearance as to the date of that request. (Exhibit C)

                          1

4.

On October 4, 2011, a letter from the Law Office, and on behalf of Martin E. Regan was sent to the residence of Mary A. Brown, in reference to three State Appeal numbers #11-00235, #11-00236, and #11-0037,[1] authored and signed by Joan Blessing (Exhibit D). In the communication, the firm also sought the cumulative cost to produce the record on appeal (Exhibit E).

5.

On September 29, 2011 Martin E. Regan, Jr. and Associates met with the claimant as the terms of the contact were changed by the firm. On that date the cumulative total of $3,250.00 had been paid in installments toward the total contract to that date. Together with the retainer fee, Ms. Brown had paid $4750.00. Martin E. Regan, Jr. for unexplained reasoning sought to renegotiate for the total contract price of $10,000.00. The firm then applied the previously paid amount of $3,250.00, according to the contract as a "retainer". The total contract cost actually cost the claimants $11,500.00 as the initial $1,500.00 retainer was not applied toward neither contract for services.

6.

Margaret Sollars, Louisiana Appellate Project was assigned counsel at all relevant times to the Fifth Circuit Court of Appeals action in State v. Wayne Fifi No. 12-KA-157. (Exhibit H). In the Brief to the Fifth Circuit Ms. Sollars, contended that there were no non-frivolous issues for an appeal and filed an **Anders v. California,** 386 US 738, 87 S.Ct 1396, 18 L.Ed 2d 493 (1967), brief on appeal the Court affirmed.

7.

oct.
On the 23rd day of 2012, Martin E. Regan enrolled as counsel for the Fifth Circuit Court of Appeals. (Exhibit G) and, on the 16th day of October 2012 the Fifth Circuit Court of Appeals filed an opinion denying the appeal in the case caption State v. Wayne Fifi, No 12-KA-157.

---

[1] There numbers do not appear on any of the official documents and are seemingly internal office number from the law firm of Martin E. Regan, Jr. and Associates.

CLAIMS

8.

The claimants content that Martin E. Regan, Jr. breached the terms of the May 11, 2011 contract by failing to procure, pay, and possess the record on appeal therefore enabling the firm to file a Brief on Appeal to the Fifth Circuit as promised in the contract for Services.

9.

The contract for Services is void, under the Statutes of Fraud, whereby it promises a writ to the Fifth Circuit then contingents that performance on the ability to obtain the record at additional costs to the client.  The Fifth Circuit Court of Appeals brief was not filed thus the issues were already defaulted making the Supreme Court Brief nugatory.

10.

Martin Regan, Jr.  failed to perform the terms of the contract filing a writ to the Supreme Court when the issues that he was hired to pursue where then defaulted by the Appellate Project in the Fifth Circuit Court of Appeals rendering the Supreme Court Brief frivolously filed contrary to the Professional Rules of Conduct, and the jurisprudence.

11.

Martin Regan, Jr. fraudulently failed to enroll as counsel, advising Mary A. Brown to obtain the record in proper person in an attempt to circumvent the costs of the record in abrogation of the agreement and contract for services.

12.

The addendum contract entered on the 29th day of September 2011 is completely void an addendum to the originally agreed to services when the contract offered nothing additionally then the original contract entered on the 11th day of May 2011.

## CAUSES OF ACTION

I.
**Breach of Contract**

II.
**Malpractice**

III.
**Fraud**

## RELIEF REQUESTED

WHEREFORE,  the claimants demand that payment of $11,500.00 be remitted to the

claimants. Mary A. Brown within ten (10) days of the formal claim and demand. In the event

payment is not tendered the claimants will seek redress in the Civil District Court, Orleans

Parish, seeking damages, Court cost, and Attorney fees, and interest from the date of the claim

and demand.

Respectfully,

Mary Ann Brown

DATED: 2/28/14

Wayne Fifi

DATED: 2-24-14

4

## CERTIFICATE OF SERVICE

This claim and demand was hand delivered to the Law Firm of Martin E. Regan, Jr. and Associates, by Mary A. Brown on the 28th day of February , 20 14 .

Mary A. Brown

NEXT COURT DATE: _____ OFFICE CASE NO: _____

**MARTIN E. REGAN JR. & ASSOCIATES, P. L. C.**
2125 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70130
(504) 522-7260      (800)798-5019
FAX (504) 522-7507
www.reganlaw.net

**CONTRACT FOR LEGAL SERVICES**

I/WE, THE UNDERSIGNED, on behalf of _William Fifi_
AKA _____ are hiring the Law Firm of MARTIN E. REGAN, JR. & ASSOCIATES,
P.L.C. to defend him/her for the charge(s) of _____
5th Circuit to the State Supreme Court
The case is being prosecuted in _Jefferson Parish_

The total **FLAT** fee for this case is $ 5,500 _____, plus costs, with a retainer of $ 1,500 — being deposited with the firm. I/We agree to pay a minimum of $ 250 – / Dollars every (2) weeks, with the first payment being due on _May 11, 2011_

_I/WE FULLY UNDERSTAND THAT THE WHOLE FEE MUST BE PAID BEFORE THE TRIAL OR PLEA. I ACKNOWLEDGE X_____

HOWEVER, IN THE EVENT OF A MISTRIAL OR RE-TRIAL, 50% OF THE ORIGINAL FEE MUST BE PAID BEFORE FINAL DISPOSITION OF THE CASE.

It is also mutually agreed that, if I/We are more than 2 weeks overdue on any one payment, I/We authorize the firm of MARTIN E. REGAN AND ASSOCIATES to withdraw from the case and/or file a lawsuit on the guarantors including but not limited to the cost of collections, attorney fees and court costs at the guarantors expense.

I/We agree that should the services of Martin E. Regan, Jr. & Associates be terminated before completion of services per contract, for any reason, that attorney/firm fees will be calculated at $300.00 per hour, with a minimum fee of $250.00 per local jail visit, and $500 per court appearance.

_I/We certify that all fees paid in this case come from legal and legitimate sources. I hereby give my attorney full authority to associate other counsel, if necessary, in the prosecution of my case._

THESE FEES ARE FOR THIS FIRM'S LEGAL REPRESENTATION. THIS DOES NOT INCLUDE REASONABLE EXPENSES NECESSARY TO EFFECTIVELY HANDLE YOUR CASE. TRANSCRIPT COST, REPORTS, INVESTIGATORS, ETC., MAY BE ADDED AT A LATER DATE.

I/We also understand that this contract does not include any representation on Forfeiture Proceedings such as Bond Forfeiture for property or money seized in connection with this arrest or any writ, appeal, new trial or any other post-trial relief must be the subject of a new written fee agreement. There will be an additional $500.00 fee to handle any Rule to Revoke Hearings, and an additional $1500.00 plus transcript costs to handle any pretrial writs. X_____

IT IS YOUR OBLIGATION TO KEEP US INFORMED OF ANY PHONE OR ADDRESS CHANGES. NEGLECTING TO DO SO CAN JEOPARDIZE YOUR CASE AND/OR CAUSE THIS FIRM TO FILE A MOTION TO WITHDRAW.

NO PROMISE OR REPRESENTATION HAS BEEN MADE BY THE ATTORNEY AS TO THE SUCCESS OR OUTCOME OF THIS CASE.

ANY PRIOR BALANCE ON ANY PREVIOUS ACCOUNT WITH US, UNLESS FORGIVEN IN WRITING, WILL BE ADDED WITHOUT INTEREST TO OPEN THIS ACCOUNT.

WARNING: DRUG TESTING IS DONE BY THE COURTS ON A REGULAR BASIS

READ AND AGREED TO THIS _26th_ day of _April_, 2011.

GUARANTOR X _____
(PRINT NAME) _Mary Ann Brown_

Guarantor's Social Security # _____    Guarantor's Home Phone # _657-2065_
Guarantor's Drivers License # _____    Guarantor's work # _____
Guarantor's Date of Birth _____         Cell/Beeper # _886-0471_
Guarantor's Occupation _____            Email: _____
Guarantor's Employer _____
Guarantor's Mailing Address: _1725 Joliet St._
_____ City _N.O._ State _LA_ Zip _70105_

Alternate Contact Person _____
Address _____ Phone # _____

ATTORNEY _____

6

Saturday, 3/10/12 (Meeting @ 10:30am)

*Need to know the steps:

By 3/29/12 to file for
a submentary brief.

EXHIBIT B

CLERK'S OFFICE
CRIMINAL DISTRICT COURT
ARTHUR A. MORRELL
CLERK OF COURT

2700 Tulane Avenue #114
New Orleans, LA 70119

OFFICE (504) 658-9
FAX (504) 658-9

## REQUEST FOR RECORD FORM

In order to furnish you with the information requested, we need the following information from you. Please fill out the information below and return it to the Clerk of Criminal District Court, General Docket, 2700 Tulane Avenue, Room 114, New Orleans, Louisiana 70119:

Requested by: _Mary Ann Brown_          Date: _7/19/11_

Contact Information: _(504) 906-0668_

☐ Expungement Package          ☐ Certified Package          ☐ View Entire File.
☐ Copy of Entire File           ☐ Other (Specify) _Service & Addr_
*******************************************************************

Case Name: _Wayne Fifi_

Case Number: _478 592_

Date of Birth: _3-29-62_

Judge/Section: _D_

If further assistance is needed, please do not hesitate to contact this office or by facsimile at (504) 658-9087.

Sincerely,

Arthur A. Morrell
Clerk of Criminal Court

*******************************************************************

FOR CLERK'S OFFICE USE ONLY:

JUL 19 2011 AM10:21

☐ FILE NOT FOUND: (List File Number) _____
☐ DOCUMENTS MISSING: (List documents) _____

☐ DOCUMENTS NOT LEGIBLE: (List documents) _____
_____

_____
Deputy Clerk

8

## MARTIN E. REGAN, JR. & ASSOCIATES P.L.C.

ATTORNEYS AND COUNSELORS AT LAW
2125 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70130
(504) 522-7260    (800) 798-5019   Fax: (504)522-7507
E-MAIL: mregan@reganlaw.net
Visit us online at http://www.reganlaw.net

*MARTIN E. REGAN, JR.*
*RODNEY KELP LITTLEFIELD*
*JOHN H. THOMAS*
*HEATHER M. HENDRIX*
*GLEN A. WOODS*

*CEOLA MCDONALD* Lie. r
*WILLIAM M. DOYLE*
*JOYCE S. SALLAE*
*ARIS W. COX* †
*NISHA SANDHU*
* CALIFORNIA
* TEXAS

October 4, 2011

Mary Ann Brown
1729 Joliet Drive
New Orleans, Louisiana 70115

> Re: Wayne Fifi State Appeal
> Appeal # 11-00235, 11-00236 and 11-00237
> 24th Judicial District Court
> Case No. 07-05624, 07-04153 and 03-07774

Dear Mrs. Brown:

Please find enclosed the appeal costs received today for Wayne Fifi's State Appeal in the above captioned matters. The total amount due to the Clerk of Court in Jefferson Parish Appeals Department is $2969.25 for all three matters.

The fees must be paid by the deadline dates of October 20, 2011 and October 23, 2011 listed on the cost sheets enclosed.

If you have any questions, please contact the office. Thank you for your prompt consideration in this matter.

Sincerely:

Joan Blessing

jb/bs
enclosures

9

Phone
337-991-9757

FAX
337-991-9760

Pro Se...
504/ 364-2997

PARISH OF JEFFERSON
STATE OF LOUISIANA
24th Criminal
Appeal # 11 - 00236
ESTIMATED COST OF APPEAL

Division K          Judge: ELLEN SHIRER KOVACH

STATE OF LOUISIANA
vs
WAYNE FIFI

MARTIN E. REGAN, JR. 522-7260
2125 ST. CHARLES AVE
NEW ORLEANS LA 70130

Court Reporters
Dates & Estimated
Transcript Fees

IA HADLEY-COLEMAN PH:364-3923 EXT:
01/20/2011    260.00  Motion
01/27/2011     65.00  Motion
04/19/2011    130.00  Plea/Sentencing/Mult. Bill/Plea/Re-Sentencing
06/23/2011     65.00  Motion

Notice is hereby given that on 06/21/2011 , on motion of appellant WAYNE FIFI
an order was entered granting an appeal from the judgment of 04/19/2011 , returnable to the
Court of Appeal, 5th Circuit on June 23rd 2011
The appeal taken was   DEVOLUTIVE  .

| ESTIMATED COSTS | | MAKE CHECKS PAYABLE / REMIT TO |
|---|---|---|
| Transcripts: | 520.00 | Jon A. Gegenheimer, Clerk of Court |
| Duplication of Records: | 351.00 | Jefferson Parish |
| Issuance of Notices | 128.75 | Appeals Department |
| 5th Circuit Fee | 0.00 | Post Office Box 10 |
| Total: | 999.75 | Gretna, LA 70054 |

The Clerk does not order transcripts of the Voir Dire, arguments, or extraneous matters not directly related to the
appeal. Such items or portions thereof must be designated requested by appellate counsel.

A record may be designated for purposes of appeal (Art. 2128).

To proceed with the appeal, provide payment by 10/23/2011 . Any unused funds will be refunded after
the appeal has been lodged with the 5th Circuit.

Please call 504-364-2997 with any questions or comments.

I hereby certify that foregoing Notice / Estimated Costs for Appeal was prepared and mailed by me in accordance
with R.S. 13:847 of the Louisiana Code of Criminal Procedure at Gretna, Louisiana, this
3rd    day of    October   , 2011

J. Vincent
Deputy Clerk

ATTENTION: All estimated costs of appeal must be paid to the Clerk of Court within 20 days from mailing of this
notice. Please be aware that failure to post costs within the allotted time could result in the filing by the Clerk of
Court of a Motion to Dismiss for failure to Pay Costs, and with the costs incurred through filing of same assessed
against your client(s).

PARISH OF JEFFERSON
STATE OF LOUISIANA
24th Criminal
Appeal # 11 - 00237
ESTIMATED COST OF APPEAL

Ref. Case 03-07774              Division K        Judge: ELLEN SHIRER KOVACH

STATE OF LOUISIANA
vs
WAYNE FIFI

| Appellant Attorney | 11153 MARTIN E. REGAN, JR. 522-7260 |
|---|---|
| | 2125 ST. CHARLES AVE |
| | NEW ORLEANS LA 70130 |

| Court Reporters | DONNA HADLEY-COLEMAN PH:364-3923 EXT: |
|---|---|
| Dates & Estimated | 01/20/2011 260.00 Motion |
| Transcript Fees | 01/27/2011 65.00 Motion |
| | 04/19/2011 130.00 Plea/Sentencing |
| | 06/23/2011 65.00 Motion |

Notice is hereby given that on 06/21/2011 , on motion of appellant WAYNE FIFI
an order was entered granting an appeal from the judgment of 04/19/2011 , returnable to the
Court of Appeal, 5th Circuit on June 23rd 2011 PRE-SET BY JUDGE
The appeal taken was DEVOLUTIVE .

ESTIMATED COSTS

| | | MAKE CHECKS PAYABLE / REMIT TO |
|---|---|---|
| Transcripts: | 520.00 | Jon A. Gegenheimer, Clerk of Court |
| Duplication of Records: | 393.00 | Jefferson Parish |
| Issuance of Notices | 128.75 | Appeals Department |
| 5th Circuit Fee | 0.00 | Post Office Box 10 |
| Total: | 1,041.75 | Gretna, LA 70054 |

The Clerk does not order transcripts of the Voir Dire, arguments, or extraneous matters not directly related to the
appeal. Such items or portions thereof must be designated requested by appellate counsel.

A record may be designated for purposes of appeal (Art. 2128).

To proceed with the appeal, provide payment by 10/23/2011 . Any unused funds will be refunded after
the appeal has been lodged with the 5th Circuit.

Please call 504-364-2997 with any questions or comments.

I hereby certify that foregoing Notice / Estimated Costs for Appeal was prepared and mailed by me in accordance
with R.S. 13:847 of the Louisiana Code of Criminal Procedure at Gretna, Louisiana, this
3rd day of October , 2011

J. Vincent
Deputy Clerk

* ATTENTION: All estimated costs of appeal must be paid to the Clerk of Court within 20 days from mailing of this
* notice. Please be aware that failure to post costs within the allotted time could result in the filing by the Clerk of
* Court of a Motion to Dismiss for failure to Pay Costs, and with the costs incurred through filing of same assessed
* against your client(s).

11

PARISH OF JEFFERSON
STATE OF LOUISIANA
24th Criminal
Appeal # 11 - 00235
ESTIMATED COST OF APPEAL

Ref. Case    07-05624               Division K          Judge: ELLEN SHIRER KOVACH

STATE OF LOUISIANA
vs
WAYNE FIFI

| Appellant Attorney | 11153 MARTIN E. REGAN, Jr. 522-7260 |
| | 2125 ST. CHARLES AVE |
| | NEW ORLEANS LA 70130 |

| Court Reporters | DONNA HADLEY-COLEMAN PH:364-3923 EXT: |
| Dates & Estimated | 01/20/2011 260.00 Motion |
| Transcript Fees | 01/27/2011 65.00 Motion |
| | 04/19/2011 130.00 Plea/Sentencing |
| | 06/23/2011 65.00 Motion |

Notice is hereby given that on 06/21/2011 , on motion of appellant WAYNE FIFI
an order was entered granting an appeal from the judgment of  04/19/2011  , returnable to the
Court of Appeal, 5th Circuit on   June 23rd 2011 PRE-SET BY JUDGE
The appeal taken was    DEVOLUTIVE   .

| ESTIMATED COSTS | | MAKE CHECKS PAYABLE / REMIT TO |
| Transcripts: | 520.00 | Jon A. Gegenheimer, Clerk of Court |
| Duplication of Records: | 279.00 | Jefferson Parish |
| Issuance of Notices | 128.75 | Appeals Department |
| 5th Circuit Fee | 0.00 | Post Office Box 10 |
| Total: | 927.75 | Gretna, LA 70054 |

The Clerk does not order transcripts of the Voir Dire, arguments, or extraneous matters not directly related to the
appeal. Such items or portions thereof must be designated requested by appellate counsel.

A record may be designated for purposes of appeal (Art. 2128).

To proceed with the appeal, provide payment by  10/20/2011 . Any unused funds will be refunded after
the appeal has been lodged with the 5th Circuit.

Please call 504-364-2997 with any questions or comments.

I hereby certify that foregoing Notice / Estimated Costs for Appeal was prepared and mailed by me in accordance
with R.S. 13:847 of the Louisiana Code of Criminal Procedure at Gretna. Louisiana. this
30th  day of  September  , 2011

J. Vincent
Deputy Clerk

* ATTENTION: All estimated costs of appeal must be paid to the Clerk of Court within 20 days from mailing of this
* notice. Please be aware that failure to post costs within the allotted time could result in the filing by the Clerk of
- Court of a Motion to Dismiss for failure to Pay Costs, and with the costs incurred through filing of same assessed
. against your client(s).

MARTIN E. REGAN, JR.
2125 ST. CHARLES AVE
NEW ORLEANS LA 70130

*13*

FILING DEADLINE: _____   OFFICE CASE NO: _____

MARTIN E .REGAN JR. & ASSOCIATES, P. L. C.
2125 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70130
(504) 522-7260  FAX (504) 522-7507

CONTRACT FOR LEGAL SERVICES
STATE APPEAL

I/WE, THE UNDERSIGNED, on behalf of _Wayne Fitz_
AKA_____ are hiring the Law Firm of MARTIN E. REGAN, JR., &
ASSOCIATES, P.L.C., to appeal the conviction and sentence for the charge(s) of:
_____

DATE OF CONVICTION AND SENTENCE:_____ I/WE, THE UNDERSIGNED,
understand that this appeal will include a petition for writ of certiorari to the Louisiana Supreme
Court if the conviction is affirmed by the Court of Appeal. No other relief beyond direct state
appellate review is contemplated by this agreement. Any collateral post conviction relief must be
contracted for in writing separately.
The total fee for this case $ _10,000.00_ plus costs, with a retainer of $_3,250_ being
deposited with the firm. I/We understand that payments must be made every ( 2 ) weeks. I/We
agree to pay a minimum of _250._ Dollars every ( 2 ) weeks, with the first payment being due
on _9/29/11_
It is also mutually agreed that, if I/We are more than 2 weeks overdue on any one payment,
I/We authorize the firm of MARTIN E .REGAN, JR., & ASSOCIATES, P.L.C., to withdraw from
the case.

*(handwritten left margin: 3,750.00 Previously Paid 6250 00%)*

I/WE FULLY UNDERSTAND THAT THE WHOLE FEE MUST BE PAID BEFORE
THE APPELLATE BRIEF IS FILED.

*I/We certify that all fees paid in this case come from legal and legitimate sources.*

THESE FEES ARE FOR THIS FIRM'S LEGAL REPRESENTATION. THIS DOES NOT
INCLUDE REASONABLE EXPENSES NECESSARY TO EFFECTIVELY HANDLE YOUR
CASE. ANY TRANSCRIPT COSTS, COPY COSTS, COLLECT TELEPHONE CALLS,
ETC., WILL BE ADDED AT A LATER DATE.

IT IS YOUR OBLIGATION TO KEEP US INFORMED OF ANY PHONE OR ADDRESS
CHANGES. NEGLECTING TO DO SO CAN JEOPARDIZE YOUR CASE.

NO PROMISE OR REPRESENTATION HAS BEEN MADE BY THE ATTORNEY
AS TO THE SUCCESS OR OUTCOME OF THIS CASE.

READ AND AGREED TO THIS _17_ day of _____ 20__.

GUARANTOR(S) SIGNATURE: X_____
(PRINT NAME) _Mary Ann Sharry_

ATTORNEY _____

Guarantor's Social Security # _____   Guarantor's Home Phone _____
Guarantor's Drivers License # _____   Guarantor's work # (504) ___-____ __
Guarantor's Date of Birth _____   Cell/Beeper # (504) ___-____
Guarantor's Occupation _____
Guarantor's Employer _____
Guarantor's Address: _729 Joliet Street_
_New Orleans_          _LA_        _70118_
City          State        Zip

Alternate Contact Person _____
Relationship to Client _____          Phone# _____
Address _____
Client address (if different from above) _____
ANY PRIOR BALANCE ON ANY PREVIOUS ACCOUNT WITH US, UNLESS FORGIVEN
IN WRITING, WILL BE ADDED WITHOUT INTEREST TO OPEN THIS ACCOUNT

12

STATE OF LOUISIANA

VERSUS

WAYNE FIFI

FILED: _____

FIFTH CIRCUIT COURT OF APPEAL

STATE OF LOUISIANA

NO: 12-KA-158 C/W12-KA-159

DEPUTY CLERK:_____

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes MARTIN E. REGAN, JR. and NISHA SANDHU, attorneys with the law firm of REGAN, LITTLEFIELD, THOMAS & SANDHU, who respectfully inform this Honorable Court that they have been retained to represent the appellant, **WAYNE FIFI**, in the above matter.

WHEREFORE, movers pray that their name and the name of REGAN, LITTLEFIELD, THOMAS & SANDHU be entered in the record as counsel for the appellant, **WAYNE FIFI**, and the record be made available to said counsel.

Respectfully Submitted:

REGAN, LITTLELFIELD, THOMAS & SANDHU, P.L.C.

MARTIN E. REGAN, JR. (11153)
NISHA SANDHU (30340)
Attorney for Defendant
2125 St. Charles Avenue
New Orleans, Louisiana 70130
(504) 522-7260

## O R D E R

CONSIDERING THE FOREGOING MOTION:

IT IS HEREBY ORDERED that the motion to enroll as attorney of record for MARTIN

E. REGAN, JR and NISHA SANDHU, along with the name of REGAN, LITTLEFIELD,

THOMAS, & SANDHU P.L.C. for the appellant, WAYNE FIFI, be granted and entered in the

*14*

## ORDER

IT IS FURTHER ORDERED, that the record for the appellant, WAYNE FIFL be

made available to the firm of REGAN, LITTLEFIELD, THOMAS, & SANDHU P.L.C. this

_____day of _____2012.

Gretna, Louisiana, this _____ day of _____, 2012.

_____
**J U D G E**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing pleading

has been served on opposing counsel this __23__ day of

October,2012 by hand delivery, facsimile or United States Postal

Service.

_____
Counsel

Please Serve:

Martin E. Regan, Jr.
Nisha Sandhu
Regan, Littlefield, Thomas & Sandhu P.L.C.
2125 St Charles Avenue
New Orleans, Louisiana 70130
Telephone:504-522-7260
Facsimile: 504-522-7507

Jefferson Parish District Attorney's Office

MARION F. EDWARDS
CHIEF JUDGE

SUSAN M. CHEHARDY
CLARENCE E. McMANUS
WALTER J. ROTHSCHILD
FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON

JUDGES



PETER J. FITZGERALD, JR.
CLERK OF COURT

GENEVIEVE L. VERRETTE
CHIEF DEPUTY CLERK

MARY E. LEGNON
FIRST DEPUTY CLERK

TROY A. BROUSSARD
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

## NOTICE OF JUDGMENT AND
## CERTIFICATE OF MAILING

I CERTIFY THAT A COPY OF THE OPINION IN THE BELOW-NUMBERED MATTER HAS BEEN
MAILED ON OR DELIVERED THIS DAY OCTOBER 16, 2012 TO THE TRIAL JUDGE, COUNSEL OF
RECORD AND ALL PARTIES NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

PETER J. FITZGERALD, JR.
CLERK OF COURT

# 12-KA-158

C/W 12-KA-159

TERRY M. BOUDREAUX
ASSISTANT DISTRICT ATTORNEY
PARISH OF JEFFERSON
200 DERBIGNY STREET
GRETNA, LA 70053

MARGARET S. SOLLARS
ATTORNEY AT LAW
LOUISIANA APPELLATE PROJECT
513 COUNTRY CLUB BOULEVARD
THIBODAUX, LA 70301

EXHIBIT

16

MARION F. EDWARDS
CHIEF JUDGE

SUSAN M. CHEHARDY
CLARENCE E. McMANUS
WALTER J. ROTHSCHILD
FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON

JUDGES



FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

PETER J. FITZGERALD, JR.
CLERK OF COURT

GENEVIEVE L. VERRETTE
CHIEF DEPUTY CLERK

MARY E. LEGNON
FIRST DEPUTY CLERK

TROY A. BROUSSARD
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF JUDGMENT AND
## CERTIFICATE OF MAILING

I CERTIFY THAT A COPY OF THE OPINION IN THE BELOW-NUMBERED MATTER HAS BEEN
MAILED ON OR DELIVERED THIS DAY OCTOBER 16, 2012 TO THE TRIAL JUDGE, COUNSEL OF
RECORD AND ALL PARTIES NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

PETER J. FITZGERALD, JR.
CLERK OF COURT

## 12-KA-157

TERRY M. BOUDREAUX
ASSISTANT DISTRICT ATTORNEY
PARISH OF JEFFERSON
200 DERBIGNY STREET
GRETNA, LA 70053

MARGARET S. SOLLARS
ATTORNEY AT LAW
LOUISIANA APPELLATE PROJECT
513 COUNTRY CLUB BOULEVARD
THIBODAUX, LA 70301

17

FILE FOR M'SPI.

STATE OF LOUISIANA

2012 OCT 15  PM 2: 58
DEPUTY CLER
5TH CIRCUIT CO
STATE OF LOUISIANA

NO. 12-KA-157

VERSUS

FIFTH CIRCUIT

WAYNE FIFI

COURT OF APPEAL

STATE OF LOUISIANA

ON APPEAL FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, STATE OF LOUISIANA
NO. 03-7774, DIVISION "K"
HONORABLE ELLEN S. KOVACH, JUDGE PRESIDING

OCTOBER 16, 2012

## CLARENCE E. MCMANUS
### JUDGE

Panel composed of Judges Clarence E. McManus,
Jude G. Gravois, and Robert A. Chaisson

PAUL D. CONNICK, JR.
    DISTRICT ATTORNEY
    Twenty-Fourth Judicial District
    Parish of Jefferson
TERRY M. BOUDREAUX
    ASSISTANT DISTRICT ATTORNEY
    200 Derbigny Street
    Gretna, Louisiana 70053
    COUNSEL FOR PLAINTIFF/APPELLEE

MARGARET S. SOLLARS
    Attorney at Law
    Louisiana Appellate Project
    513 Country Club Boulevard
    Thibodaux, Louisiana 70301
    COUNSEL FOR DEFENDANT/APPELLANT

## AFFIRMED

Defendant, Wayne Fifi, appeals his conviction and sentence, and counsel for appellant concludes that there are no non-frivolous issues to raise on appeal. For the reasons that follow, we affirm defendant's conviction and sentence.

### Facts and Procedural History

Because defendant pled guilty and did not proceed to trial, the facts were gathered from the guilty plea proceeding. On November 30, 2003, defendant knowingly and intentionally committed a theft of goods valued at over one hundred dollars, but less than five hundred dollars, from a J.C. Penny's department store located in Jefferson Parish.

On December 16, 2003, the Jefferson Parish District Attorney filed a bill of information with respect to the events of November 30, 2003, charging defendant with theft of goods valued at over $100.00 and under $500.00 in violation of LSA-R.S. 14:67.10. Defendant pled not guilty at arraignment on August 28, 2006.

On August 4, 2010, defendant filed a motion to quash the bill of information in this case, as well as the bills of information filed in two unrelated 2007 matters.[1] The trial court denied the motion to quash. Defendant filed a supervisory writ with

---

[1] In the interest of completeness, we note that defendant was also charged by the Jefferson Parish District Attorney in two separate bills of information for two unrelated crimes that occurred in 2007. Defendant's 2007 charges were consolidated and the guilty plea proceedings for the 2007 charges occurred on the same date as the proceeding in the instant offense. The 2007 charges are addressed by this Court under docket numbers 12-KA-158 and 12-KA-159.

this Court seeking review of the trial court's denial of his motion to quash. This Court denied defendant's writ application on April 1, 2011. Defendant later withdrew his not guilty plea and pled guilty as charged under *State v. Crosby*, 338 So.2d 584 (La. 1976), reserving his right to appeal the trial court's denial of his motion to quash. Defendant was sentenced to two years at hard labor.[2] This appeal follows.

DISCUSSION

Counsel for appellant has filed a brief averring that, after a detailed review of the record, no non-frivolous issues exist to raise on appeal. She notes that defendant reserved his right under *State v. Crosby, supra*, to appeal the trial court's denial of his motion to quash; however, appellate counsel further submits that there are no rulings of the trial court that arguably support an appeal.

In *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),[3] the United States Supreme Court noted that, "if counsel finds [the] case to be wholly frivolous, after a conscientious examination of it, he should so advise the court and request permission to withdraw." *Anders*, 87 S.Ct. at 1400. The Louisiana Supreme Court explained that an *Anders* brief must demonstrate by full discussion and analysis that appellate counsel "has cast an advocate's eye over the trial record and considered whether any ruling made by the trial court, subject to the contemporaneous objection rule, had a significant, adverse impact on shaping the evidence presented to the jury for its consideration." *State v. Jyles*, 96-2669, p. 3 (La. 12/12/97), 704 So.2d 241, 242 (per curiam).

When conducting a review for compliance with *Anders*, an appellate court must conduct an independent review of the record to determine whether the appeal

---

[2] The trial court further ordered that defendant's sentence run concurrently with defendant's sentences imposed in the 2007 matters, district court numbers 07-4153 and 07-5624.
[3] The United States Supreme Court most recently reaffirmed its position in *Anders* in *Smith v. Robbins*, 528 U.S. 259, 120 S.Ct. 746, 145 L.Ed.2d 756 (2000).

Wayne Hi (DOC # 435534)
Nelson Coleman Center
Sodi Highway 3127
Killona, La. 70062

U.S. District Court
Clerk of Court — Room C151
500 Poydras Street
New Orleans, La.
70130

CERTIFIED MAIL

7012 1010 0001 1844 2340

U.S. POSTAGE
NEW ORLEANS, LA
70130
MAY 01 14
AMOUNT
$7.61
00006862-12